EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 3 2004

at __2__ o'clock and _____ min __\___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br> ROGER NAMNAMA,               )<br>                              )<br>          Defendant.          )<br>_____) | CR. NO. CR 04-00103 SOM<br><br>INDICTMENT<br><br>[26 U.S.C. § 5861(d) and 26<br>§ U.S.C. §5871] |

INDICTMENT

[26 U.S.C. §5861(d); 26 U.S.C. §5871]

The Grand Jury charges:

On or about February 15, 2004, defendant, ROGER NAMNAMA, in the district of Hawaii did knowingly receive and possess a shotgun with a barrel length less than eighteen inches, to wit, a SKB Royal Light 12 gauge shotgun, serial number L162192, as defined in 26 U.S.C. §§5845(a)

and (d), which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of 26 U.S.C. §5861(d) and 26 U.S.C. §5871.

DATED: MAR 03 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes Section

EDRIC M. CHING
Assistant U.S. Attorney