# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00103JMS-01 |
| CASE NAME: | United States of America vs. Roger F. Namnama |
| ATTYS FOR PLA: | Loretta Sheehan for Clare E. Connors |
| ATTYS FOR DEFT: | William M. Domingo |
| U. S. P. O: | Mona Godinet for Ann Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Ann Matsumoto |
| DATE: | 1/9/2006 | TIME: | 2:20 - 2:45 |

COURT ACTION: Sentencing to Count 1 of the Indictment:

Defendant present with counsel William Domingo.

Allocution by the defendant.

Imprisonment 24 months. Supervised Release 3 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

Page 2
Criminal 04-00103JMS-01
U.S.A. vs. Roger Namnama
January 9, 2006

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. Defendant shall not consume any alcohol or alcoholic beverages. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

RECOMMENDATION: FDC, Honolulu, Hawaii.

If defendant is designated elsewhere, Court will recommend the 500 Hour Comprehensive Drug Treatment Program.

That the defendant participate in educational and vocational training programs.

Defendants Oral Motion for Self Surrender GRATED.

MITTIMUS:   February 28, 2006 at 2:00 p.m.

BAIL:   Ordered that defendant remain on bail under the same terms and conditions as previously imposed by Magistrate Judge.

Submitted by:   Dottie Miwa, Courtroom Manager